# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00241-RFB-NJK |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ROBERTO QUEZADA-MEZA (A# 079 618 828) |
| vs. | |
| **ROBERTO QUEZADA-MEZA,** | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROBERTO QUEZADA-MEZA** before the United States District Court at Las Vegas, Nevada, on or about on or about Monday, October 1, 2018, at the hour of 2:00 p.m., for a status check and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 26, 2018

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE